| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cv-01321 |
|---|---|---|---|

Adam Lee, et al

*versus*

Samsung Electronics America, Inc.

| | |
|---|---|
| Lawyer's Name | Elisabeth S. Theodore |
| Firm | Arnold & Porter Kaye Scholer LLP |
| Street | 601 Massachusetts Ave, NW |
| City & Zip Code | Washington, DC 20001-3743 |
| Telephone & Email | 202-942-5000 elisabeth.theodore@arnoldporter.com |
| Licensed: State & Number | District of Columbia, Bar No. 1021029 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Samsung Electronics America, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/26/2021 | Signed: | /s/ Elisabeth S. Theodore |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge