United States District Court
Southern District of Texas

**ENTERED**

August 27, 2021

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| ADAM LEE, KIMBERLY EINIGER, HOWARD ROSCOE, and ANASTASIA DANILOVA, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 4:21-cv-01321 |

**ORDER GRANTING UNOPPOSED JOINT MOTION TO ADJOURN INITIAL
CONFERENCE UNTIL AFTER RESOLUTION OF FORTHCOMING MOTION TO
DISMISS AND MOTION TO STRIKE CLASS ALLEGATIONS**

On this date, the Court considered the parties' unopposed joint motion.

The Motion is hereby GRANTED.

Because Defendant Samsung Electronics America, Inc. has announced its intent to file a

motion to dismiss the amended complaint and motion to strike class allegations by September 2,

2021, the initial conference set for September 14, 2021 is hereby ADJOURNED pending further

order of the Court.

Date:  August 26, 2021.

_____

U.S. District Judge Keith P. Ellison
United States District Court
for the Southern District of Texas