United States District Court
Southern District of Texas
**ENTERED**
January 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAM LEE, et al., | § | |
| *Plaintiffs,* | § | No. 4:21-cv-01321 |
| v. | § | |
| SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| *Defendant*. | § | |

## **ORDER**

On the parties' joint motion, Judge Ellison adjourned the initial status conference set for September 14, 2021, Notice, ECF No. 11, until after resolution of the pending motion to dismiss and motion to strike class allegations, Order, ECF No. 18, rescheduling it for January 20, 2022, Notice, ECF No. 15. Since the motions are still pending, the initial status conference set for January 20, 2022 is **VACATED.** The Court will schedule a conference with the parties, if necessary, after ruling on the motions.

SIGNED on January 3, 2022.

_____
Dena Hanovice Palermo
United States Magistrate Judge