UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ADAM LEE,** *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-01321 |
| **SAMSUNG ELECTRONICS AMERICA, INC.,** | § § § | |
| Defendant. | § § | |

# ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Defendant's Motion to Strike. (Doc. 24.) On September 21, 2022, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation in this case, recommending that the motion be denied. (Doc. 50.) Plaintiffs filed a notice of non-objection on October 11, 2022. (Doc. 53.)

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Defendant's Motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on October 11, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE