United States District Court
Southern District of Texas
**ENTERED**
October 12, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ADAM LEE**, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § § | CIVIL ACTION NO. 4:21-CV-01321 |
| **SAMSUNG ELECTRONICS AMERICA, INC.**, | | |
| Defendant. | | |

## AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Defendant Samsung's Motion to Strike. (Doc. 24.) On September 21, 2022, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation in this case, recommending that the motion be granted. (Doc. 50.) Plaintiffs filed a notice of non-objection on October 11, 2022. (Doc. 53.)

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Defendant's Motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on October 12, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE