UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADAM LEE, KIMBERLY EINIGER, HOWARD ROSCOE, ANASTASIA DANILOVA, KEITH COVINGTON, PAULA MURRAY, and GREGORY ELLIOTT, on Behalf of Themselves and Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　　　　　Defendant. | Case No: 4:21-cv-01321<br>(Consolidated with 4:22-cv-0037)<br><br>CLASS ACTION |

**DOCKET CONTROL ORDER**

Anticipated Length of Trial: __12__ Days　　　　　　Jury: _X_ Non-Jury: ____

The disposition of this case will be controlled by the following schedule:

1. (a) **NEW PARTIES** shall be joined by:　　　　　　　　　　　　　　N/A
    The attorney causing the addition of new parties must
    Provide copies of this Order to new parties.

    (b) **AMENDMENTS to PLEADINGS** by Plaintiff or Counter-
    Plaintiff shall be filed by:　　　　　　　　　　　　　　　　　　　　　N/A
    (**Absent parties' agreement or court approval, answers** may not be amended more than 21 days after this date. **Answers to amended claims and counterclaims** are due 21 days after amended claims or counterclaims are filed.)

2. **EXPERT WITNESSES for PARTY WITH BURDEN OF PROOF and PLAINTIFF'S CLASS CERTIFICATION EXPERT**
    shall be identified and a report shall be filed listing the
    qualifications of each expert, each opinion the expert will
    present, and the basis for each opinion. DUE DATE:　　　　　February 14, 2025

3. **PARTIES' RESPONSIVE EXPERT WITNESSES and DEFENDANT'S OPPOSING CLASS CERTIFICATION EXPERT WITNESS**
shall be identified and a report shall be filed listing the qualifications of each expert, each opinion the expert will present, and the basis for each opinion. DUE DATE:   April 14, 2025

3a. **REBUTTAL OPINIONS FROM EXISTING EXPERTS**   May 28, 2025

4. **DISCOVERY** must be completed by:   (Fact) January 31, 2025
   (Expert) June 6, 2025

   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. **MEDIATION/ADR:**
   __X__ Required ___ Strongly Suggested
   ___ Parties' Option

   **ADR TO BE COMPLETED by:**   November 15, 2024

6. **DISPOSITIVE MOTIONS** will be filed by:   August 27, 2025

7. **ALL OTHER PRETRIAL MOTIONS** (including *Daubert/Kumho* motions, but not including other motions in limine) will be filed by:   November 21, 2025
   (Typically this date will match ¶ 6.)

8. **JOINT PRETRIAL ORDER** will be filed by:   January 26, 2026
   Plaintiff is responsible for timely filing the complete Joint Pretrial Order in the form set forth in the published Court's Procedures.

9. **JURY TRIAL** in Courtroom 3A, starting at 9:00 a.m.
   on   February 2, 2026.

10. **PLAINTIFFS' FOURTH AMENDED COMPLAINT**
    DUE DATE:   May 3, 2024

11. **DEFENDANT'S ANSWER TO FOURTH AMENDED COMPLAINT**
    DUE DATE:   May 24, 2024

12. **CLASS CERTIFICATION DEADLINES**
    Plaintiffs' Motion for Class Certification   February 14, 2025
    Defendant's Opposition to Class Certification   April 14, 2025
    Plaintiffs' Reply in Support of Class Certification   May 28, 2025

DATED: May 07, 2024

*Dena Palermo*
DENA HANOVICE PALERMO
UNITED STATES MAGISTRATE JUDGE

**APPROVAL REQUESTED:**

| | |
|---|---|
| */s/ Stuart A. Davidson* | April 29, 2024 |
| Counsel for Plaintiffs | Date |

| | |
|---|---|
| */ Christopher M. Odell* | April 29, 2024 |
| Counsel for Defendant | Date |