IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADAM LEE, HOWARD ROSCOE, ANASTASIA DANILOVA, KEITH COVINGTON, PAULA MURRAY, and GREGORY ELLIOTT, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 4:21-cv-01321 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of this action with prejudice as to Plaintiffs' individual claims, with all parties to bear their own costs.

Dated: August 22, 2025

Respectfully submitted,

*/s/ Robert J. Katerberg*
Robert J. Katerberg (*pro hac vice*)
ARNOLD & PORTER KAYE
  SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel.: 202.942.5000
Fax: 202.942.5999
robert.katerberg@arnoldporter.com

**Attorneys for Defendant**

*/s/ Aaron D. Radbil*
Aaron D. Radbil
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel.: 561.826.5477
aradbil@gdrlawfirm.com

Stuart A. Davidson
Anny M. Martin (*pro hac vice*)
Lindsey H. Taylor (*pro hac vice*)
ROBBINS GELLER RUDMAN & DOWD
  LLP

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Tel.: 561.750.3000
Fax: 561.750.3364
sdavidson@rgrdlaw.com
amartin@rgrdlaw.com
ltaylor@rgrdlaw.com

Elizabeth Lee Beck
BECK & LEE TRIAL LAWYERS
8306 Mills Drive, Suite 248
Miami, FL 33183
Tel.: 305.234.2060
elizabeth@beckandlee.com

***Attorneys for Plaintiffs***